PERKINS COIE LLP

By: _____
Mary J. Gaston
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
(206) 359-8731
(206) 359-9000 Facsimile
MGaston@perkinscoie.com
*Attorneys for Defendant Precision Airmotive*
*and on behalf of the Other Precision Entities*

## ORDER

Based upon the forgoing Stipulation made and entered into between Plaintiff Jill

Sikkelee, individually as personal representative of the estate of David Sikkelee, and Defendants

Precision Products LLC, Precision Aviation Products Corporation, Precision Aerospace

Corporation, Precision Aerospace Services LLC and Zenith Fuel Systems LLC, (incorporated

herein by reference) through their respective and duly authorized counsel, that certain entities

may be dismissed, it is hereby

**ORDERED** that all causes of action by and between Plaintiff Jill Sikkelee and

Defendants Precision Products LLC, Precision Aviation Products Corporation, Precision

Aerospace Corporation, Precision Aerospace Services LLC and Zenith Fuel Systems LLC are

dismissed without prejudice and without fees and costs to either party.


DATED:   12-22-08


_____
U.S. DISTRICT COURT JUDGE
HONORABLE JOHN E. JONES

25702-0132/LEGAL13969178.1
25702-0132/LEGAL14718733.1

# EXHIBIT A

## List of Other Precision Entities

Precision Aerospace Corporation

Precision Aerospace Services LLC

Precision Aviation Products Corporation

Precision Products LLC

Zenith Fuel Systems LLC

25702-0132/LEGAL13969178.1
25702-0132/LEGAL14718733.1