# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL SIKKELEE, individually and as personal representative of the estate of DAVID SIKKELEE, deceased;<br><br>Plaintiff,<br><br>v.<br><br>PRECISION AIRMOTIVE CORPORATION, et al.<br><br>Defendants. | Case No. 4:07-cv-00886-JEJ<br>(The Honorable John E. Jones, III)<br><br>Complaint Filed:<br>May 16, 2007 |

## JOINT STIPULATION OF DISMISSAL OF DEFENDANTS MARK IV INDUSTRIES, INC. AND FORMER FUEL SYSTEMS, INC., ONLY

Plaintiff, Jill Sikkelee, Individually and as Personal Representative of the Estate of David Sikkelee, deceased, together with all Defendants to this action, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby file this Joint Stipulation for Dismissal Without Prejudice of Defendants MARK IV INDUSTRIES, INC. and FORMER FUEL SYSTEMS, INC., only. The parties will bear their own costs and fees.

DATED: April 9, 2010

By: /s/ *[signature]* for John McClune, with permission    By: /s/ *[signature]*

David I. Katzman
John D. McClune
**SCHADEN KATZMAN LAMPERT & McCLUNE**
100 West Big Beaver Road, Suite 130
Troy, MI 48084
Telephone: (248) 258-4800
Facsimile: (248) 258-2825

Clifford A. Rieders
**RIEDERS TRAVIS HUMPHREY HARRIS WATERS & WAFFENSCHMIDT**
161 West Third Street, P.O. Box 215
Williamsport, PA 17703-0215
Telephone: (570) 323-8711
Facsimile: (570) 567-1025

Attorneys for Plaintiff

Mary P. Gaston (*pro hac vice*)
Sara E. Baynard-Cooke (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

William J. Conroy (No. 36433)
J. David Byerly (No. 80714)
William A. Rubert (No. 42208)
Evan S. Eisner (No. 39554)
Kristen E. Dennison (No. 86648)
**CAMPBELL, CAMPBELL, EDWARDS & CONROY PC**
Chesterbrook Corporate Center
690 Lee Road, Suite 300
Wayne, PA 19807
Telephone: (610) 964-1900

Attorneys for Defendants Precision Airmotive LLC, Precision Airmotive Corporation, Mark IV Industries, Inc., Former Fuel Systems, and Burns International Services Corporation

By: _____   By: _____

John E. Salmon, Esquire  
Zachary J. Ballard, Esquire  
**SALMON RICHEZZA SINGER & TURCHI LLP**  
1700 Market Street, Suite 3110  
Philadelphia, PA 19103  
Telephone: (215) 606-6602  
Facsimile: (215) 606-6601  

Attorneys for Defendants Kelly Aerospace, Inc.; Kelly Aerospace Power Systems, Inc.

Catherine Slavin, Esquire  
Sara Frey, Esquire  
**COZEN & O'CONNOR**  
1900 Market Street  
Philadelphia, PA 19103  
Telephone: (215) 665-2000  
Facsimile: (215) 665-2013  

Attorneys for Defendants Lycoming Reciprocating Engine Division, Textron, Inc.; and Avco Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 14th day of April, 2010, a true and correct copy of this JOINT STIPULATION OF DISMISSAL OF DEFENDANTS MARK IV INDUSTRIES, INC., AND FORMER FUEL SYSTEMS, INC. ONLY was sent via the court's electronic filing system to the following counsel of record:

David I. Katzman, Esquire
John D. McClune, Esquire
SCHADEN KATZMAN LAMPERT & MCCLUNE
100 W. Big Beaver Rd., Suite 130
Troy, MI 48084

Catherine Slavin, Esquire
Sara Frey, Esquire
COZEN & O'CONNOR
1900 Market Street
Philadelphia, PA 19103

Clifford A. Rieders, Esquire
RIEDERS TRAVIS HUMPHREY HARRIS WATERS & WAFFENSCHMIDT
P.O. Box 215
Williamsport, PA 17703-0215

John E. Salmon, Esquire
Zachary J. Ballard, Esquire
SALMON RICHEZZA SINGER & TURCHI LLP
1700 Market Street, Suite 3110
Philadelphia, PA 19103

Dated: April 14, 2010

/s/ Sara E. Baynard-Cooke
Sara E. Baynard-Cooke