IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL SIKKELEE, Individually and as Personal Representative of the ESTATE OF DAVID SIKKELEE, deceased,<br><br>　　　　　　Plaintiff<br><br>v.<br><br>PRECISION AIRMOTIVE CORPORATION, et al.,<br><br>　　　　　　Defendants | Case No. 4:07-cv-00886<br><br>(Judge Jones)<br><br>COMPLAINT FILED:<br>May 16, 2007 |

**STIPULATION OF DISMISSAL OF DEFENDANT TEXTRON INC. ONLY**

*WHEREAS* defendants AVCO Corporation and its Lycoming Engines Division, without admitting liability, stipulate that they are the proper party/parties for all claims made against "the Textron defendants" by plaintiff in this litigation; and

*WHEREAS* defendants AVCO Corporation and its Lycoming Engines Division maintain/maintains sufficient liability insurance applicable to the claims

and allegations raised in plaintiff's complaint and amended complaint in accordance with the terms and conditions of said policy, including coverage limits, and there are no known policy defenses; and

***IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED*** by and between undersigned counsel and parties that defendants AVCO Corporation and its Lycoming Engines Division, without admitting liability, is/are the proper party to respond to all allegations set forth in plaintiff's complaint and amended complaint herein; and

***IT IS FURTHER STIPULATED, CONSENTED TO, AND AGREED*** by and between undersigned counsel and parties that defendants AVCO Corporation and its Lycoming Engines Division, without admitting liability, maintains/maintain sufficient liability insurance applicable to the claims and allegations raised in plaintiff's amended complaint in accordance with the terms and conditions of said policy including coverage limits, and there are no known policy defenses; and

***IT IS FURTHER STIPULATED, CONSENTED TO, AND AGREED*** by and between undersigned counsel and the parties, that plaintiff, Jill Sikkelee, Individually and as Personal Representative of the Estate of David Sikkelee, deceased, hereby dismisses defendant Textron Inc. ONLY from this litigation with prejudice and without costs to any party; and

**IT IS FURTHER STIPULATED, CONSENTED TO, AND AGREED** by and between undersigned counsel and parties that each signatory to this Stipulation of Dismissal has the requisite authority to execute this Stipulation and further that the undersigned counsel has the authority to bind, and by virtue of this Stipulation, do bind their respective clients.

Dated: November 1, 2010

By: *John D. McClune by cbs*              By: *Catherine Slavin*
    John D. McClune w/ permission      Catherine Slavin
    KATZMAN LAMBERT &                  COZEN O'CONNOR
      MCCLUNE                            1900 Market Street
    100 W. Big Beaver Road            Philadelphia, PA 19103
    Suite 130                         (215) 665-2000
    Troy, MI 48084                    Attorney for Defendants AVCO
    (248) 258-4800                    Corporation, on behalf of its
    Attorney for Plaintiff            Lycoming Engines Division,
    Jill Sikkelee                     and Textron Inc.

       SO ORDERED THIS _____ DAY OF_____,
2010.

                                                                      BY THE COURT:

                                                                      _____
                                                                                       J.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 1, 2010, a true and correct copy of the foregoing **Stipulation of Dismissal of Defendant Textron Inc. Only** was served by electronic means, upon all counsel of record through the Court's ECF system.

                                                              */s/ Catherine Slavin*
Catherine Slavin, Esquire (PA 48360)
Sara Anderson Frey, Esquire (PA 82835)
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000
cslavin@cozen.com
Attorneys for Defendants AVCO Corporation, on behalf of its Lycoming Engines Division, and Textron Inc.