**CAMPBELL CAMPBELL EDWARDS & CONROY**
PROFESSIONAL CORPORATION



30TH ANNIVERSARY

| | |
|---|---|
| 1205 WESTLAKES DRIVE | TWO PENN CENTER PLAZA |
| SUITE 330 | SUITE 200 |
| BERWYN, PA 19312 | PHILADELPHIA, PA 19102 |
| TEL: (610) 964 1900 | TEL: (215) 564 0160 |
| FAX: (610) 964 1981 | FAX: (610) 964 1981 |

*Please direct all correspondence and deliveries to the Berwyn, PA office.*

WILLIAM J. CONROY
(610) 964-6380
wconroy@campbell-trial-lawyers.com

October 24, 2013

The Honorable Matthew W. Brann
U.S. District Court
Middle District of Pennsylvania
PO Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

      Re:    **Sikkelee v. Precision Airmotive Corporation, et al.**
              **USDC for the Middle District of PA; No. 4:40-cv-00886-JEJ**

Dear Judge Brann:

    I write to respectfully request that Precision Automotive Corporation, Precision Airmotive LLC, and Burns International Services Corporation be excused from bringing a person with settlement authority to the final pretrial conference as required by Local Rule 16.2(b) because they have already settled with Plaintiffs.

    Thank you for your courtesy and consideration in this regard.

                                      Very truly yours,

                                      CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.

                                      *William J. Conroy / EJR*
                                      William J. Conroy

WJC/EJR/jss

FILED
SCRANTON
OCT 29 2013
PER _____
DEPUTY CLERK

CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

1205 WESTLAKES DRIVE
SUITE 330
BERWYN, PA 19312



CAMPBELL
TRIAL LAWYERS
30th ANNIVERSARY

FIRST-CLASS MAIL

WILMINGTON DE 197
25 OCT 2013 PM 5 T

US POSTAGE $00.460
ZIP 19087
041L11223818

RECEIVED
SCRANTON
OCT 29 2013

The Honorable Matthew W. Brann
U.S. District Court
Middle District of Pennsylvania
PO Box 1148
235 N. Washington Avenue
Scranton, PA 18501-1148

18501$5001