IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL SIKKELEE, individually and as personal representative of the estate of DAVID SIKKELEE, deceased, | : : : : : | Case No. 4:07-cv-00886 |
| Plaintiff | : : | (Judge Brann) |
| v. | : : | |
| PRECISION AIRMOTIVE CORPORATION, et al., | : : : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 20th day of November, 2013, in accordance with the memorandum of this same date, it is hereby ORDERED:

1. On or before December 6, 2013, plaintiff shall provide support for each and every federal aviation regulation purportedly comprising the standard of care that governs Lycoming's carburetor designs/warnings. This effort shall include, for each regulation, an explanation of how Lycoming allegedly breached the regulation, and how that breach factually and proximately caused harm to plaintiff. Defendant shall file an opposing brief, if any, on or before December 20, 2013; plaintiff shall file a reply brief, if any, on or before January

3, 2014.

2. The case is CONTINUED from the December 2013 trial list to the the March 2014 trial list, commencing with jury selection on **March 10, 2014, at 9:30 a.m., in Courtroom No. 1, Fourth Floor, United States Courthouse and Federal Building, 240 West Third Street, Williamsport, Pennsylvania.** Presentation of the case to the jury shall commence immediately following jury selection. Trial in this case is fixed for a two-week trial term.

                BY THE COURT:

                s/ Matthew W. Brann
                Matthew W. Brann
                United States District Judge