IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL SIKKELEE, Individually and as Personal Representative of the ESTATE OF DAVID SIKKELEE, deceased, | : : : : | No. 4:07-CV-00886 (Judge Brann) |
| Plaintiff, | : : | |
| v. | : : | |
| AVCO CORPORATION, *et al.*, | : : | |
| Defendants. | : | |

# **ORDER**

**AND NOW,** this 3rd day of August 2017, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Lycoming's Motion for Summary Judgment on the Ground of Conflict Preemption, ECF No. 532, is **GRANTED**;

2. Lycoming's Motion for Summary Judgment in light of *Tincher v. Omega Flex*, ECF No. 523 is **GRANTED**;

3. The Clerk of Court is directed to **DEFER** the entry of judgment until final resolution of this litigation, because this Order "adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties," pursuant to Federal Rule of Civil Procedure 54(b).

BY THE COURT:


s/ Matthew W. Brann
Matthew W. Brann
United States District Judge