# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL SIKKELEE, Individually and as Personal Representative of the Estate of David Sikkelee, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION AIRMOTIVE CORPORATION, *et al.*,<br><br>Defendants. | No. 4:07-CV-00886<br><br>(Judge Brann) |

## ORDER

### FEBRUARY 4, 2021

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Sikkelee's motion to strike the replacement expert opinions (Doc. 606) is **DENIED**;

2. Sikkelee's motion to strike the opinion of Tom Eagar (Doc. 608) is **DENIED**;

3. Sikkelee's motion to strike the opinions of Dale Alexander and Gary Novak (Doc. 610) is **DENIED**;

4. Sikkelee's motion to strike propeller analysis and RPM calculation (Doc. 612) is **DENIED**;

5. Sikkelee's motion to strike the opinion of Jeffrey Edwards (Doc. 614) is **GRANTED** in part, to the extent that Edwards may not offer testimony related to the allegedly missing shoulder harness and injuries that purportedly arose as a result of the missing shoulder harness. The motion is **DENIED** in all other respects;

6. Lycoming's motion to strike the opinion of Michael Schiefer (Doc. 616) is **GRANTED** in part, to the extent that Schiefer may not offer testimony related to Lycoming's legal duties under the regulatory framework discussed in Schiefer's expert report. The motion is **DENIED** in all other respects;

7. Lycoming's motion to strike the opinion of Donald Sommer (Doc. 618) is **DENIED**;

8. Lycoming's motion to strike the rebuttal opinions of Donald Sommer and Richard McSwain (Doc. 627) is **DENIED**; and

9. Sikkelee's motion to strike the opinion of Michael Dreikorn (Doc. 648) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge